IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DOCKET

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**

**CESAR CARRASCO-CARRASCO,**

    **Defendant.**

**Case No.** 20-20061-JAR-JPO

## INDICTMENT

The Grand Jury Charges:

On or about January 29, 2020, in the District of Kansas, the defendant,

**CESAR CARRASCO-CARRASCO,**

an alien to the United States of America, was found within the United States after having been previously deported and removed from the United States on or about November 7, 2003, after having been convicted of a felony, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

## FORFEITURE NOTICE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code 2461.

Upon conviction of the offense set out in this Indictment, the defendant,

**CESAR CARRASCO-CARRASCO,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense including, but not limited to, the following:

    A. A Ruger 9 mm pistol, Model LC9, bearing serial number 323-34417;

    B. Ammunition.

A TRUE BILL.

Dated: September 23, 2020

*/s/ Foreperson*
FOREPERSON

*/s/ Ryan J. Huschka,* # 23840, for
STEPHEN R. MCALLISTER
United States Attorney

Robert J. Dole Courthouse
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Phone: 913-551-6730
Fax: 913-551-6541
Stephen.McAllister@usdoj.gov
Kansas Sup. Ct. No. 15845

(It is requested that trial of the above-captioned case be held in Kansas City, Kansas.)

## PENALTIES:

**Illegal Reentry, 8 U.S.C. § 1326(a) and (b)(1)**

- A term of imprisonment not to exceed ten (10) years.
- A fine not to exceed $250,000.
- A term of supervised release not to exceed three (3) years.
- A mandatory special assessment of $100.